IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    **Nash Building Company**

                      Debtor

    **Nash Building Company**
Movant

                v.

No Respondent

: Bankruptcy No. **20-20875**
:
: Chapter **7**
:
:
:
: Related to Document No. 1

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Robert O Lampl 19809**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Robert O Lampl**
Signature
**Robert O Lampl 19809**
Typed Name
**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**
Address
**412-392-0330 Fax:412-392-0335**
Phone No.
**19809 PA**
List Bar I.D. and State of Admission

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kenyon Roofing
608 Ohio River Blvd
Avalon, PA 15202

Knickerbocker, Russell
4759 Campbells Run Road
Pittsburgh, PA 15206

Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116

Occupational Safety & Health Rev. Comm.
1120 20th Street, N.W. Ninth Floor
Washington, DC 20036-3457

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128

Robert H. Wyche
300 Liberty Avenue, Apt. 1520
Pittsburgh, PA 15222

Sewickley Construction Products
102 Turkeyfoot Road
Sewickley, PA 15143

Sherwin Williams
101 W. Prospect Ave. N.W.
Cleveland, OH 44115

Wells Fargo
420 Montgomery Street
San Francisco, CA 94101-4000