**PROCEEDING MEMO**

**Date: 10/29/2020 1:30 PM**
**In re:** Nash Building Company

                                      Bankruptcy No. 20-20875-CMB
                                      Chapter: 7
                                      Doc. # 18

**Appearances:** Ryan Cooney, Roger P. Poorman

**Nature of Proceeding:** #18 Motion to Compel

**Additional Pleadings:** Certificate of Service; #23 Response by Debtor

**Judge's Notes:**
- Debtor agreed to provide additional documents, and parties appear to have an understanding regarding the Debtor. Dispute is regarding the non-debtor parties.
- Expect that 2004 exam will go forward with Mr. Nash. Issue is that, while Debtor is not objecting to 2004 of Debtor, there is a concern regarding the scope of what can inquire about as Debtor's rep will be Mr. Nash, but also a rep for Terra and himself.
OUTCOME:
- Counsel to have 2 hour meeting to try to resolve , and respondents to produce whatever they are willing. Make a chart of what is not produced to see what items have been narrowed down. Counsel also to discuss scope of 2004 exam.
- Continued to 12/16 at 10am via Zoom for status conference to determine how to proceed but may resolve some items at that time if list is narrowed down. Status report due 12/3 with items narrowed down as to what has not been produced and what issues remain with respect to scope of 2004 exam.

           FILED
           10/29/20 4:23 pm                       **Carlota Böhm**
           CLERK                                  **Chief U.S. Bankruptcy Judge**
           U.S. BANKRUPTCY
           COURT - WDPA