**EXHIBIT "1"**

| Doc Req. # | Description | Status | Resolution? |
|---|---|---|---|
| 1(a) | Documents identifying insiders of Debtor | Everything responsive they have was produced (operating agreement dated 6/1/12) | Resolved |
| 1(b) | Debtor's corporate formation documents | Everything responsive they have was produced (Certificate of Organization) | Resolved |
| 1(c) | Debtor's corporate governance documents | Everything responsive they have was produced (Operating Agreement dated 6/1/12) | Resolved |
| 1(d) | Minutes or other records of meetings | No responsive documents exist | Resolved |
| 1(e) | Documentation of Debtor's assets | Per Debtor, there are no asset schedules or loan applications. All responsive documents that exist have been produced. | Resolved |
| 1(f) | Documentation of transfers among Debtor, Terra, and Mr. Nash | Everything responsive they have was produced (Spreadsheet prepared by Debtor through 12/31/19, later updated through Petition Date) | Resolved |
| 1(g) | Documentation of non-ordinary course transfers by Debtor | Only transfer was of the sport utility vehicle, and copy of title evidencing transfer believed to have been produced | Resolved<br><br>To the extent not already provided, Debtor to provide copy of title evidencing transfer |
| 1(h) | Debtor's bank records | Debtor produced bank statements and copies of checks for a portion of the relevant time period | Resolved<br><br>To the extent not already provided, Debtor to provide missing bank records |

| | | | |
|---|---|---|---|
| | | (missing checks for 1/16 – 5/16 and 9/16 – 1/17) | |
| 1(i) | Documentation of revenue received by Debtor not deposited into bank accounts | Nothing produced; Debtor believes all income was deposited into the identified bank accounts | Resolved |
| 1(j) | Debtor's credit card statements | Debtor only had a credit card from 6/16 to 6/17 and produced those statements | Resolved |
| 1(k) | Documents evidencing payments or transfers by Debtor Mr. Nash or other insiders | Everything responsive they have was produced | Resolved |
| 1(l) | Debtor's purchase orders, contracts, invoices, etc. | Objected to as unduly burdensome- nothing produced | Partially Resolved<br><br>Debtor to provide a list of all jobs worked in requested time period, including name of counterparty, the time period when work was performed, a brief description of the work, and the amount paid for the job.<br><br>For all jobs where there was a written agreement, Debtor to provide copy of its agreement with whoever hired it.<br><br>The parties are at an impasse relative to production of invoices. |
| 1(m) | Debtor's last 4 tax returns | Debtor doesn't file its own returns. Mr. Nash files Schedule C on his personal returns. 2019 has not been filed yet. 2016-2018 Schedule Cs were produced. | Resolved<br><br>Debtor to provide copy of 2019 Schedule C when filed |
| 1(n) | Debtor's financial statements | No responsive documents exist | Resolved |
| 1(o) | Debtor's payroll records or other documents identifying Debtor's employees | Everything responsive they have was produced | Resolved |

| | | | |
|---|---|---|---|
| 1(p) | Debtor's subcontractors | Objected to as unduly burdensome- nothing produced | Partially Resolved<br><br>Debtor to provide a list of all subcontractors used during requested time period.<br><br>Debtor reviewing records as to whether contracts or other documentation with subcontractors exists; if it does exist, parties are at an impasse as to whether same are discoverable |
| 1(q) | Documents evidencing any payments made by Debtor on Schedule H debts | Everything responsive they have was produced | Resolved |
| 1(r) | Debtor's A/R and A/P reports | No responsive documents exist | Resolved |
| 1(s) | Debtor's advertising materials | All responsive documents produced (business card and yard sign) | Resolved |
| 1(t) | Financial statements submitted by Debtor to banks | No responsive documents exist | Resolved |
| 1(u) | Pro-forma income and expense statements submitted to banks | No responsive documents exist | Resolved |

**EXHIBIT "2"**

| Exhibit "A" Reference | Description | Status | Resolution? |
|---|---|---|---|
| | | | |
| 1(a) | Mr. Nash's Bank Records | Blanket Objection | Open item |
| 1(b) | Mr. Nash's Tax Returns | Blanket Objection | Open item |
| 1(c) | Documentation of Mr. Nash's income | Blanket Objection | Open item |
| 1(d) | Financial statements submitted to banks by Mr. Nash | Blanket Objection | Open item |
| 1(e) | Pro-forma income/expense statements submitted to Banks by Mr. Nash | Blanket Objection | Open item |

**EXHIBIT "3"**

| Exhibit "A" Reference | Description | Status | Resolution? |
|---|---|---|---|
| | | | |
| 1(a) | Documents which identify Terra's insiders | Blanket Objection | Open item |
| 1(b) | LLC formation documents | Blanket Objection | Open item |
| 1(c) | LLC governance documents | Blanket Objection | Open item |
| 1(d) | Terra's meeting minutes | Blanket Objection | Open item |
| 1(e) | Documentation of Terra's assets | Blanket Objection | Open item |
| 1(f) | Bank records | Blanket Objection | Open item |
| 1(g) | Credit card statements | Blanket Objection | Open item |
| 1(h) | Contracts/invoices/etc. | Blanket Objection | Open item |
| 1(i) | Tax Returns | Blanket Objection | Open item |
| 1(j) | Terra's financial statements | Blanket Objection | Open item |
| 1(k) | Terra's payroll records | Blanket Objection | Open item |
| 1(l) | Docs identifying subcontractors | Blanket Objection | Open item |
| 1(m) | A/R & AP reports | Blanket Objection | Open item |
| 1(n) | Advertising materials | Blanket Objection | Open item |
| 1(o) | Financial statements submitted to a bank | Blanket Objection | Open item |
| 1(p) | Pro-forma income/expense statements submitted to bank | Blanket Objection | Open item |