# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-20875-CMB |
| NASH BUILDING COMPANY, | Chapter 7 |
| Debtor. | |
| ROBERT H. WYCHE, | |
| | Related to Doc. No. 18 |
| Movant, | |
| v. | |
| NASH BUILDING COMPANY; MONROE NASH; TERRA INVESTMENTS, LLC; and ROBERT SHEARER, CHAPTER 7 TRUSTEE, | |
| Respondents. | |

## ORDER

**AND NOW,** this 20th day of January, 2021, whereas pending before the Court is the *Motion to Compel* (Doc. No. 18) and the *Response to Motion to Compel* (Doc. No. 23) filed thereto, and for the reasons set forth on the record at the status conference held on January 14, 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **March 1, 2021**, Movant shall file a brief regarding the scope of examination under Rule 2004 with a proposed order.

2. On or before **March 31, 2021**, Respondents shall file a reply brief with a proposed order.

3. If the parties enter into an agreement resolving the Motion to Compel, they shall file a consent order. Otherwise, upon completion of briefing, the Court intends to rule on the Motion without further hearing.

Carlota M. Böhm  **dmr**
Chief United States Bankruptcy Judge

FILED
1/20/21 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA