UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankruptcy No. 20-20875-CMB |
| | } | |
| NASH BUILDING COMPANY, | } | Chapter 7 |
| | } | |
| Debtor | } | Related to Docket No. 18 |
| | } | |
| ROBERT SHEARER, Chapter 7 Trustee, | } | Hearing: |
| Movant | } | |
| v. | } | |
| | } | |
| NASH BUILDING COMPANY; | } | |
| MONROE NASH; and TERRA | } | |
| INVESTMENTS, LLC, | } | |
| Respondents | } | |

## JOINDER IN MOTION TO COMPEL FILED BY ROBERT H. WYCHE

AND NOW, comes Robert Shearer, Chapter 7 Trustee, and joins in the Motion to Compel filed by Robert H. Wyche

1. The undersigned is the duly appointed Chapter 7 Trustee.

2. The undersigned believes that the relief sought by Robert H. Wyche in his Motion to Compel is warranted and that his Motion to Compel should be granted.

WHEREFORE, Robert Shearer, Chapter 7 Trustee, joins in the Motion to Compel filed by Robert H. Wyche.

Dated:  February 26, 2021        */s/Robert Shearer*
Robert Shearer
Chapter 7 Trustee
PA Bar No. 83745
5703 Brewster Lane
Erie, PA  16505
(814) 504-2613
information@robertshearer.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankruptcy No. 20-20875-CMB |
| | } | |
| NASH BUILDING COMPANY, | } | Chapter 7 |
| | } | |
| Debtor | } | Related to Docket No. 18 |
| | } | |
| ROBERT SHEARER, Chapter 7 Trustee, | } | Hearing: |
| Movant | } | |
| v. | } | |
| | } | |
| NASH BUILDING COMPANY; | } | |
| MONROE NASH; and TERRA | } | |
| INVESTMENTS, LLC, | } | |
| Respondents | } | |

CERTIFICATE OF SERVICE OF
JOINDER IN MOTION TO COMPEL FILED BY ROBERT H. WYCHE

I certify under penalty of perjury that I served the above document on the following parties at the addresses specified below on February 26, 2021.

The type of service made on the parties was United States Mail, first class, postage pre-paid.

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Roger P. Poorman, Esquire
535 Smithfield Street, Suite 800
Pittsburgh, PA  15222

Robert O. Lampl, Esquire
Benedum Trees Building
223 Fourth Avenue, Fourth Floor
Pittsburgh, PA  15222

Robert H. Wyche
300 Liberty Avenue, Apt. 1520
Pittsburgh, PA  15222

Monroe Nash
301 Kennedy Drive
Sewickley, PA  15143

Nash Building Company
10 Chadwick Street
Sewickley, PA  15143

Terra Investments, LLC
10 Chadwick Street
Sewickley, PA  15143

Anthony E. Patterson, Esquire
304 Ross Street, Suite 505
Pittsburgh, PA  15219

Geoffrey F. Feidelberg
1821 Willow Oak Drive
Wexford, PA  15090

Gary L. Reinert, Jr.
109 Rana Lane
Gibsonia, PA  15044

Frederick S. McMillen
4900 Cherry Street
Allison Park, PA  15106

Donald Williams
1264 Stanford Court
Coraopolis, PA  15108

Michael Schuler
834 Post Road
Allison Park, PA  15101