**Date: 05/20/2021 02:00 pm**

**In re:    Nash Building Company**

                                                            **Bankruptcy No. 20-20875-CMB**
                                                              **Chapter: 7**
                                                              **Doc. # 18**

**Appearances: Roger P. Poorman, Ryan J. Cooney, Robert Shearer, Jennifer Mihok**

**Nature of Proceeding: #18 Oral Argument on Motion to Compel**

**Additional Pleadings: #23 Response by Debtor;  #26 Joint Status Report;  #34 Supplement to Motion to Compel;  #35 Joinder by Robert Shearer to Motion to Compel;  #37 Joinder by Knickerbocker to Motion to Compel;  #38 Robert H. Wyche's Brief in Support of Motion to Compel;  #42 Notice of Possible Errata filed by Robert H. Wyche; #44 Debtor's Brief in Opposition to Motion to Compel; #48 Exhibit A to Brief in Opposition to Motion to Compel; #49 Second Supplement to Motion to Compel**

**Judge's Notes:**

OUTCOME: Oral argument held. Rulings made on the record. Parties indicated that they do not need a written order. Motion granted in part and denied in part to the extent explained on the record.
-Attorney Cooney to identify documents as for attorney's eyes only where he believes that is appropriate.
-Attorney Cooney to produce documents 90 days from when the Trustee files his motion to appoint special counsel.

<u>HOUSEKEEPING ITEM</u>:
-The Court is anticipating a motion to appoint special counsel to be filed by the Trustee. Motion will likely be granted with negative notice language.

                                                              **Carlota Böhm**
                                                              **Chief U.S. Bankruptcy Judge**

                                                              FILED
                                                              5/21/21 8:30 am
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA